IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: § § SKLAR EXPLORATION COMPANY, LLC, et al.,[1] § § Debtors. § § | § § § § § § | Case No. 20-12377-EEB (Chapter 11) |
| THOMAS M. KIM, CREDITOR TRUSTEE, Plaintiff v. HALLIBURTON ENERGY SERVICES, LLC, Defendant. | § § § § § § § § § § § | Adv. Proc. No. 22-01065 |

**ORDER APPROVING STIPULATION EXTENDING RESPONSE DEADLINE FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC. (RE: DOCKET NO. 5)**

On this day the Court considered the *Stipulation Extending Response Deadline for Defendant Halliburton Energy Services, Inc.* between Thomas M. Kim, Creditor Trustee, Plaintiff, and Halliburton Energy Services, Inc., Defendant, regarding the date for the answer and/or initial pleading of Defendant.

IT IS THEREFORE ORDERED THAT that the time in which Defendant shall answer, plead, or otherwise respond to the complaint in this Adversary Proceeding is extended through, and including, **May 20, 2022**.

Dated this _____ day of April, 2022.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

**ORDER APPROVING STIPULATION EXTENDING RESPONSE DEADLINE FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC. – Page 1**   2127506.DOCX