# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under Case No. 20-12377 EEB** |
| THOMAS M. KIM, *Creditor Trustee*,<br><br>Plaintiff,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, LLC,<br><br>Defendant. | Adversary Proceeding No. 22-01065 EEB |

## ORDER FOR COMPLIANCE WITH RULE 7026, FED.R.BANKR.P. (RULE 26(f), FED.R.CIV.P.)

THIS MATTER comes before the Court on the Plaintiff's Complaint filed March 21, 2022, and Defendant's Answer, filed May 20, 2022. The Court, having reviewed the file and being advised in the premises,

DOES ORDER as follows:

1. Pursuant to Rule 7026, Fed.R.Bankr.P., Rule 26, Fed.R.Civ.P., and L.B.R. 7026-1, counsel shall, **on or before June 13, 2022:**

    A.    Confer and discuss, pursuant to Rule 7026, Fed.R.Bankr.P., and Rule 26(f), Fed.R.Civ.P.,

        (i)    the nature and basis of their claims and defenses; and

     (ii) the possibilities for a prompt settlement or resolution of the case.

     (iii) whether each party does or does not consent to entry of final orders or judgment by the bankruptcy court in accordance with GPO 2016-01.

  B. Complete all initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P.

  C. Develop a specific and firm discovery schedule and plan.  This discovery plan should

     (i) contain firm deadlines for completion of discovery and a date to file dispositive motions;

     (ii) address any pertinent matters and identify anticipated problems identified in Rule 16(b) and (c), Fed.R.Civ.P.;

     (iii) comply with L.B.R. 7026-1 or specify reasons why compliance should be waived.

  D. Submit a written report to the Court, **on or before June 22, 2022**, which includes proposals for the following, or otherwise notify this Court by written report filed on or before the above date that the parties have resolved the issues in the within adversary proceeding and that a settlement and/or dismissal is imminent:

     (i) Amended pleadings shall be filed, and/or additional parties shall be joined, by _____.

     (ii) Parties will provide expert disclosure under Rule 26(a)(2), Fed.R.Civ.P., by: _____.

     (iii) All discovery shall be **completed** by: _____.

     (iv) Dispositive motions shall be filed by: _____; responses shall be filed within 14 days after mailing of the dispositive motion.

     (v) A statement by each party as to whether that party does or does not consent to entry of final orders or judgment by the bankruptcy court on each claim, counterclaim, cross-claim, or third party claim; and a certification that the parties have complied with GPO 2016-01 by including such statement in the complaint, counterclaim, cross-claim, third party complaint and the responsive pleadings thereto.  If a party consents to the bankruptcy court's entry of a final order or

judgment on some, but not all claims, the party shall so specify.

Submission of the report will serve as certification that all initial required disclosures, pursuant to Rule 7026(a), Fed.R.Bankr.P., have been fully and timely completed.

2. Failure of the parties, or a party, to comply with, or otherwise respond to, this Order may result in the imposition of sanctions, dismissal of the within proceeding, or entry of judgment, if warranted and appropriate.

3. The parties shall commence discovery immediately after their Rule 26(f) meeting, referenced in paragraph 1(A) above, is concluded.

IT IS FURTHER ORDERED that a trial date will be set, if necessary, after expiration of all pretrial deadlines and after the Court has ruled upon any dispositive motions or upon request of the parties.

DATED: this 23rd day of May, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge