IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[1] | § § § | **Case No. 20-12377-EEB** |
| Debtors. | § § § | **(Jointly Administered)** |
| **THOMAS M. KIM, CREDITOR TRUSTEE,** | § § § § | |
| Plaintiff, | § § | **Adv. Proc. No. 22-01065-EEB** |
| v. | § § | |
| **HALLIBURTON ENERGY SERVICES, LLC** | § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Thomas M. Kim, Creditor Trustee, and Defendant Halliburton Energy Services, LLC and file this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) stipulating to the dismissal with prejudice of all claims asserted against Defendant Halliburton Energy Services, LLC in this adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1**

Dated: February 15, 2023

Respectfully submitted,

**Diamond McCarthy, LLP**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
909 Fannin St., 37th Floor
2 Houston Center
Houston, Texas 77010
Telephone: (713) 333-2100
chris.johnson@diamondmccarthy.com

***Attorneys for Thomas M. Kim, Creditor Trustee***

and

**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**

By: */s/ Jeff Carruth*
Jeff Carruth (TX SBN: 24001846)
11 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

***Attorneys for Halliburton Energy Services, Inc.***