# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |
| THOMAS M. KIM, *Creditor Trustee*,<br><br>Plaintiff,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, LLC,<br><br>Defendant. | Adversary Proceeding No. 22-01065 EEB |

### ORDER DISMISSING ADVERSARY PROCEEDING

THIS MATTER comes before the Court on the Joint Stipulation of Dismissal with Prejudice filed by the parties on February 15, 2023, and the Court being otherwise advised in the premises, hereby

ORDERS that this adversary case be and it hereby is DISMISSED.

ORDERED that the hearing scheduled for February 21, 2023, at 10:00 a.m., is hereby VACATED.

DATED: this 15th day of February, 2023.

BY THE COURT:

*Elizabeth E. Brown*
_____
Elizabeth E. Brown,
United States Bankruptcy Judge